**David G. Hosenpud**, OSB No. 83241
hosenpudd@lanepowell.com
**Brady M. Bustany**, OSB #04127
bustanyb@lanepowell.com
**LANE POWELL PC**
Suite 2100
601 SW Second Avenue
Portland, Oregon 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200

REC'D
FILED '05 AUG 17 16:23 USDC-ORP

Attorneys for Defendant ARAMARK Sports, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **MARIA TOMAS-ANDRES,** | CV No. 04-1807-HU |
| Plaintiff, | **STIPULATED JUDGMENT OF DISMISSAL** |
| v. | By All Parties |
| **ARAMARK SPORTS, INC.,** | |
| Defendant. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PAGE 1 -   STIPULATED JUDGMENT OF DISMISSAL

011992.0203/529039.1

**LANE POWELL PC**
SUITE 2100
601 SW SECOND AVENUE
PORTLAND, OREGON 97204-3158
(503) 778-2100   FAX: (503) 778-2200

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties through their undersigned counsel stipulate to the dismissal of this action with prejudice and without costs to any party.

DATED: 8/16/05

NW WORKERS JUSTICE PROJECT

By _____
Mia Butzbaugh, OSB No. 02111
(503) 525-8454
Attorneys for Plaintiff, Maria Tomas-Andres

DATED: 8/17/05

LANE POWELL PC

By _____
David G. Hosenpud, OSB No. 83241
Brady M. Bustany, OSB #04127
(503) 778-2100
Attorneys for Defendant, Aramark Sports, Inc.

## ORDER

Based on the foregoing stipulation, it is hereby

ORDERED AND ADJUDGED that the above-entitled action is hereby dismissed with prejudice and without costs to any party.

ORDERED this 19TH day of August, 2005.

_____
DENNIS J. HUBEL
Magistrate Judge

PAGE 2 - STIPULATED JUDGMENT OF DISMISSAL

011992.0203/529039.1

LANE POWELL PC
SUITE 2100
601 SW SECOND AVENUE
PORTLAND, OREGON 97204-3158
(503) 778-2100 FAX: (503) 778-2200